DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THANH THI MY DUONG,**
Appellant,

v.

**MICHAEL ANDREW CROMMETT,**
Appellee.

No. 4D2026-0433

[May 13, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine Carbuccia, Judge; L.T. Case No. 062025DR011133AXXXCE.

Rhoda Sokoloff of Law Offices of Rhoda Sokoloff, P.A., Fort Lauderdale, for appellant.

Michael Andrew Crommett, Fort Lauderdale, pro se.

PER CURIAM.

*Affirmed.* *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***